AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00125 |
| DANIEL D. PHIPPS | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 1/19/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1), (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions |
| 40 U.S.C. 5104(e)(2)(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Complainant's signature_

FBI Special Agent Kathleen W. Orndorff
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   1/19/2021                    2021.01.19 21:30:40 -05'00'
_Judge's signature_

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_