AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DANIEL D. PHIPPS | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Daniel D. Phipps                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority And Impeding or Disrupting Official Functions

40 U.S.C. 5104(e)(2)(D), (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/19/2021                              _____
                                                                 *Issuing officer's signature*

2021.01.19
21:30:04 -05'00'

City and state:     Washington, DC                     Robin M. Meriweather, U.S. Magistrate Judge
                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/26/2021 , and the person was arrested on *(date)* 1/26/2021 at *(city and state)* Corpus Christi Texas. |
| Date: 1/26/2021                                          _____ *Arresting officer's signature* |
| FBI TFO Lee Galloway   ~~FBI Special Agent Kathleen W. Orndorff~~ _____ *Printed name and title* |