## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-44 (CJN) |
| **DANIEL PHIPPS** | ) | |

## UNOPPOSED MOTION TO ADVANCE STATUS CONFERENCE

Daniel Phipps, through undersigned counsel, respectfully moves this Honorable Court to advance the October 6th status conference, due to a scheduling conflict for undersigned counsel. The government does not oppose this motion. The parties are available on October 4th between 10:30 a.m. and 2:00 p.m. and in the morning on October 6th.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 23rd day of September 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender