# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:21-cr-00044-CJN |
| v. : | |
| : | |
| DANIEL D. PHIPPS, : | |
| : | |
| Defendant. : | |

## PARTIES' JOINT PROPOSED SCHEUDLING AORDER

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Daniel D. Phipps, by and through his counsel of record, and as required by the Court's February 8, 2023 Order issued from the bench, hereby submit a proposed joint scheduling order, which is attached.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | /s/*William Lee Shipley , Jr.* |
| UNITED STATES ATTORNEY | Counsel for defendant |
| | P.O. Box 475 |
| | Kailua, Hawaii  96734 |
| | 808-228-1341 |
| | 808Shipleylaw@gmail.com |
| | |
| by:   /s/*Michael C. Liebman* | /s/*Ryan Joseph-Gene Marshall* |
| D.C. Bar no. 479562 | Co-counsel for defendant |
| Assistant United States Attorney | Provisionally licensed lawyer |
| 601 D Street, N.W., rm. 4..1501 | Cali PL Bar # 560767 |
| D.C. Bar No. 479562 | 424-2854943 |
| 601 D Street, N.W., room 4.1501 | |
| Washington, D.C.  20530 | |
| 202-252-7243 | |
| michael.liebman@usdoj.gov | |